Attachment 1 - Civil Complaint

FILED
April 05, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____lad____
                DEPUTY

**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS**
__Waco_____ **DIVISION**

**Keith Tyrone Carroll**

CASE NUMBER: **6:21-cv-00333**

**Christopher L. Cornish**

**Centex Child Protection Court #1 Bell County Texas**

**Thavorey Linquist**

**Harold Hardy II**

**Shantierrea Moore**

**Annette L. Hall**

## COMPLAINT

**First Paragraph:**

Keith Tyrone Carroll

c/o 1401 Lavaca Street #821

Austin, Texas  [78701]

**Second Paragraph:**

**Christopher L. Cornish Title VI-D Agent**

405 Martin Luther King Jr Street

Georgetown, TX 78626-4901

Rev. Ed. October 26, 2017

27

**Centex Child Protective Courts 1 & 2**

**Third Administrative Judicial Region**

PO BOX 1154

Belton, Texas 76513

**Texas Department of Family and Child protective services**

405 East Elms Road

Killeen Texas 76542

**Thorvary Lundquist**

405 East Elms Road

Killeen Texas 76542

**Shanterria Moore**

405 East Elms Road

Killeen Texas 76542

**Harold Hardy II**

PO BOX 1127

Belton Texas 76513

**Annette Hall**

6201 New Castle Drive

Killeen Texas 76549

**Jurisdictional Plea:**

The court has the jurisdiction to hear this case based on 42 USC 1983 and title 18, U.S.C., Section 242

**Fourth Paragraph (Allegation 1): Trespassing, Theft by duress, Coercion**

The kidnapping of my private property, living breathing child Khalil Tariq Zaire Carroll El was an act of **malfeasance by the Centex Child Protection Court #1 Bell County Texas and the Texas Department of Family Protective Services. The Fourth Amendment of the United States constitution was clearly violated when** Thavoery Lundquist (ordered by Title IV D Associate Judge Christopher Cornish) trespassed onto my private property/domicile, 823 Southside Drive Killeen Republic of Texas [76541], without consent and due course of law. There was no full disclosure of an order, living breathing child, In Full Life, Khalil Tariq Zaire Carroll El was taken from an of age maternal aunt under duress. The very nature of the concept of consent is that it can only exist amongst equals with full disclosure and without coercion. I do not recall ever being sold or purchased as a slave, nor do I recall giving my free consent to be governed or represented by any governmental agent. I declare that I am neither a child nor a slave, but a free man capable of administering my own affairs.

**(Allegation 2): Violation of rights under color of law, Coercion**

**Forced to enter a contract that I the sovereign man did not sign, "Family Service Plan"**

Christopher Cornish (Title IV D Associate Judge) and Shantierra Moore (Caseworker), demanded that I follow the rules of the "Family Service Plan" in order to get my living breathing child out of their custody. Christopher Cornish and Shantierra Moore, violated section 242 of Title 18, Deprivation of rights under color of law, as well as Annette Hall and Harold Hardy II. Be it known to all, in the nature of UCC 1-207 that I reserve my natural common law right not to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, and intentionally. For the record and on the record I the living man stated that, "I do not consent" numerous times. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds," and therefore no valid contract. Any supposed "contract" is therefore void, ab initio.

The final paragraph should contain a statement of the relief you are seeking:

**I demand my property, my living breathing son, In Full Life, Khalil Tariq Zaire Carroll El be released <u>POST HASTE</u> with just compensation for caused duress and the blatant violation of my constitutional rights.**

*[signature]*

Kpawnya Ra El Authorized Representative,<br>Natural Person, In Propria Persona:

**Rev. Ed. October 26, 2017**                                                                        27

Ex Relatione Keith Carroll
All Rights Reserved:
U.C.C 1-207/ U.C.C 1-308; U.C.C 1-103

**c/o 1401 Lavaca Street #821
Austin Republic of Texas [78701]**

Keith Carroll
1401 Lavaca Street #821
Austin Texas 78701

US District Court
800 Franklin Ave Rm 380
Waco Texas 76701

7020 3160 0001 0363 9495

CERTIFIED MAIL


UNITED STATES POSTAL SERVICE

1020


76701


U.S. POSTAGE
FCM LG ENV
CONCORD, N
28025
MAR 31 21
AMOUNT
$8.2
R2305K133660