# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 18, 2021

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 21-50395    Carroll v. Cornish
                        USDC No. 6:21-CV-333

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Casey A. Sullivan, Deputy Clerk
                      504-310-7642

cc:
    Mr. Keith Tyrone Carroll

Case 21-50395 Document 00516057676 Page 1 Date Filed 09/24/2021
Case 6:16-cv-00333-ADA-JCM Document 13 Filed 10/18/21 Page 2 of 5

Certified as a true copy and issued
as the mandate on Oct 18, 2021

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit



# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 24, 2021

Lyle W. Cayce
Clerk

No. 21-50395
Summary Calendar

KEITH TYRONE CARROLL,

    *Plaintiff—Appellant*,

versus

CHRISTOPHER L. CORNISH, TITLE VI-D AGENT; CENTEX CHILD PROTECTIVE COURTS 1&2, THIRD ADMINISTRATIVE JUDICIAL REGION, BELL COUNTY; TEXAS DEPARTMENT OF FAMILY AND CHILD PROTECTIVE SERVICES; THORVARY LUNDQUIST; SHANTERRIA MOORE; HAROLD HARDY, II; ANNETTE HALL,

    *Defendants—Appellees*.

───────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:21-CV-333

───────────────

Before CLEMENT, HO, and OLDHAM, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 24, 2021
Lyle W. Cayce
Clerk

No. 21-50395
Summary Calendar

Keith Tyrone Carroll,

*Plaintiff—Appellant*,

*versus*

Christopher L. Cornish, Title VI-D Agent; Centex Child Protective Courts 1;2, Third Administrative Judicial Region, Bell County; Texas Department of Family and Child Protective Services; Thorvary Lundquist; Shanterria Moore; Harold Hardy, II; Annette Hall,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:21-CV-333

Before Clement, Ho, and Oldham, *Circuit Judges*.

Per Curiam:*

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

Appellant fails to present any non-frivolous arguments on appeal. Accordingly, the judgment of the district court is AFFIRMED. *See* 5TH CIR. R. 47.6.